JOHN MAZUKIEWICZ, Respondent, *v.* THE HANOVER NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.

(Submitted July 15, 1925; decided October 6, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 317.)

---

LANYON'S DETECTIVE AGENCY, INC., Respondent, *v.* JOHN COCHRANE et al., Appellants.

(Submitted July 15, 1925; decided October 6, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 274.)

---

THOMAS E. MOORE, Appellant, *v.* VAN BEUREN AND NEW YORK BILL POSTING COMPANY, Respondent.

(Submitted July 15, 1925; decided October 6, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 673.)

---

WILLIAM RUBIN et al., Appellants, *v.* THE CITY OF SYRACUSE, Respondent.

*Appeal — failure to obtain permission to appeal from order granting motion to strike case from calendar.*

*Rubin* v. *City of Syracuse,* 212 App. Div. 475, appeal dismissed.
(Argued October 5, 1925; decided October 6, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 25, 1925, which reversed an order of Special Term denying a motion to strike the within case from the Special Term calendar and granting said motion.

The motion was made upon the ground that an appeal did not lie of right to the Court of Appeals and that permission to appeal had not been obtained.

*Henry E. Wilson* for motion.
*William Rubin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

MICHAEL BROCIA, Appellant and Respondent, *v.* F. ROMEO & Co., INC., Respondent and Appellant.

*Appeal — where judgment properly dismissed by trial court plaintiff not entitled on appeal to modification granting leave to serve amended complaint — where identical remittiturs relate to same judgment entry of judgment for costs on both improper — judgment for costs in all courts not justified by remittitur affirming " with costs."*

1. A plaintiff who has appealed from a judgment properly dismissing his complaint, instead of having secured leave to amend, is not entitled to have the judgment modified so as to give him leave to serve an amended complaint.

2. Where two distinct appeals are presented to this court upon separate records it is proper to hand down two remittiturs, but, where the remittiturs are identical and show that they relate to the same judgment, there is no justification for the entry of a judgment on each remittitur for costs.

3. The mere allowance of costs without anything further means costs in this court. It is, therefore, improper to enter judgment for costs in all courts upon a remittitur affirming a judgment " with costs."

(Submitted July 15, 1925; decided October 6, 1925.)

MOTION to amend remittitur. (See 240 N. Y. 233.)

*Per Curiam.* The motion for a re-argument to the end that our remittiturs may be amended is denied.

Plaintiff having appealed from the judgment dismissing his complaint as to the first cause of action instead of having secured leave to amend at the trial is not entitled to have the judgment modified by giving him leave to serve an amended complaint. His complaint having been properly dismissed on the ground that he did not establish any cause of action against the defendant, he is not now entitled to a modification permitting amendment of complaint and ordering a new trial.

By their unfortunate practice counsel presented to this court two distinct appeals upon separate records